JANE H. TAYLOR, Respondent, *v.* JOHN HOEY, Appellant.

.(Argued October 2, 1874; decided October 6, 1874.)

*Everett P. Wheeler* for the appellant.

*Chas. H. Mundy* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.